UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                        :
KYLE BRAGG, AS TRUSTEE, AND THE              :
TRUSTEES OF THE BUILDING SERVICE         :
32BJ HEALTH FUND,                                   :
                                                        :                21-CV-9587 (VSB)
                                        Plaintiff,         :
                                                        :                **ORDER**
                        -against-                    :
                                                        :
AIRWAY CLEANERS, LLC,                          :
                                                        :
                                        Defendant.    :
                                                        :
---------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on November 18, 2021.  (Doc. 1).  Plaintiff returned a summons

indicating that Defendant was served on December 3, 2021.  (Doc. 5.)  The deadline for

Defendant to respond to Plaintiff's complaint was December 27, 2021.  (*See id.*)  Defendant

never responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.

Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance

with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 21,

2022.  If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I

will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      January 3, 2022
                New York, New York
                                                        _____
                                                        VERNON S. BRODERICK
                                                        United States District Judge