UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
KYLE BRAGG and TRUSTEE OF THE BUILDING  :      21cv9587 (DLC)
SERVICE 32BJ HEALTH FUND,               :
                                        :           ORDER
                     Plaintiffs,        :
                                        :
            -v-                         :
                                        :
AIRWAY CLEANERS, LLC,                   :
                                        :
                     Defendant.         :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

        Having received the January 17, 2023 letter, it is hereby

     ORDERED that the request for consolidation is denied.

        IT IS FURTHER ORDERED that, should all parties consent to

refer all proceedings in this case to the assigned Magistrate

Judge in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P.

73, the parties shall, on or before **January 20, 2023,** execute

and file the attached Notice, Consent, and Reference of a Civil

Action to a Magistrate Judge.

IT IS FURTHER ORDERED that unless and until such form is filed, the Court's Orders of December 14, 2022 and January 6, 2023 remain in effect.

Dated:      New York, New York
            January 18, 2023

                                        _____
                                             DENISE COTE
                                    United States District Judge

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
### for the

|                          |     |                   |
| ------------------------ | --- | ----------------- |
| _____    | )   |                   |
| *Plaintiff*              | )   |                   |
| v.                       | )   | Civil Action No.  |
| _____    | )   |                   |
| *Defendant*              | )   |                   |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____       _____
                                          *District Judge's signature*

                                _____
                                          *Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.